UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MAUREEN SILVA, an individual, and LAUREN SILVA, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:24-cv−03674-DJC-SCR<br>Judge: Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE COURT'S JURISDICTION OVER SETTLEMENT** |

ORDER

    The Court, having considered the Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties, and upon finding that good cause exists, hereby ORDERS as follows:

    1. The Joint Stipulation is Granted;

    2. The Court Retains Jurisdiction over the action for 90 days from the date of this Order.

IT IS SO ORDERED.

Dated:  May 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE