**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY MAUREEN SILVA, an individual, and LAUREN SILVA, an individual, | Case No.: 2:24-cv−03674-DJC-SCR<br>Judge: Hon. Daniel J. Calabretta |
| Plaintiffs, | |
| vs. | **ORDER GRANTING 2ND JOINT STIPULATION TO CONTINUE COURT'S JURISDICTION OVER SETTLEMENT** |
| FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

ORDER

The Court, having considered the Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation is Granted;

2. The Court Retains Jurisdiction over the action for 90 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: July 30, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE